UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 3:07-cv-211 (GUYTON) |
| JOHN M. HARRISON, CELIA H. HARRISON, and SWEETWATER VALLEY FARM, INC., | ) ) ) ) | |
| Respondents. | ) ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 8], on the parties' Joint Motion to Amend Scheduling Order. [Doc. 12] The parties move the Court to extend the dispositive motion deadline, currently set for January 11, 2008, to February 22, 2008. As grounds, the parties state that this litigation can best be resolved through a two stage process. The parties contend that the first stage of that process has been resolved through stipulation [Doc. 13], and the parties request an extension of time to allow the filing of dispositive motions as to the second stage of the litigation. For good cause shown, the parties' motion [Doc. 12] is hereby **GRANTED**. The parties shall have until and including February 22, 2008, to file dispositive motions in this matter.

**IT IS SO ORDERED.**

**ENTER:**

  s/ H. Bruce Guyton  
United States Magistrate Judge